*JUDGE KEENAN* [stamp]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

**07 CIV 8416**

        Plaintiffs,  :

   -against-   :   07 Civ.

SUNIL ARORA D/B/A KALPATRU   :
AND JOHN DOES NOS. 1-5,

        Defendants.  :

[stamp: SEP 28 2007 U.S.D.C. S.D.N.Y. CASHIERS]

- - - - - - - - - - - - - - - - - - -x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The McGraw-Hill Companies, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 9/26/07

_William Dunnegan_
SIGNATURE OF ATTORNEY