*Keenan, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

              Plaintiffs,

   -against-             07 Civ. 8416 (JFK)

SUNIL ARORA D/B/A KALPATRU
AND JOHN DOES NOS. 1-5,

              Defendants.

- - - - - - - - - - - - - - - - - x

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 1-8-08*

FINAL JUDGMENT AND PERMANENT INJUNCTION
BY CONSENT

IT IS HEREBY STIPULATED and agreed by and between the parties through their undersigned attorneys, conditional upon the approval of the Court, that it is

ORDERED, ADJUDGED AND DECREED that defendant Sunil Arora d/b/a Kalpatru ("Arora"), and his agents, servants, and employees, and all those acting in concert with them are hereby PERMANENTLY ENJOINED from (i) infringing the registered copyrights and trademarks of plaintiff Pearson Education, Inc. ("Pearson"), identified on Schedules A and D hereto, the registered copyrights and trademarks of plaintiff John Wiley & Sons, Inc. ("Wiley"), identified on Schedules B and E hereto, the registered copyrights and trademarks of plaintiff The McGraw-Hill

Companies, Inc. ("McGraw-Hill") identified on schedules C and F hereto, in violation of 17 U.S.C. § 501 or 15 U.S.C. § 1114(a); and (ii) infringing any copyright or trademark of Pearson, Wiley, or McGraw-Hill through the sale in the United States of any book published by Pearson, Wiley, or McGraw-Hill that is marked to lawfully prohibit its resale in the United States; and it is further

ORDERED, ADJUDGED and DECREED that except as set forth herein, Pearson, Wiley, and McGraw-Hill release any and all of their claims against Arora from the beginning of the world to the date of the consent to this document and Arora shall release any and all of their claims, if any, against Pearson, Wiley, and McGraw-Hill from the beginning of the world to the date of the consent to this document; and it is further

ORDERED, ADJUDGED and DECREED that claims of Pearson, Wiley, and McGraw-Hill against Arora in this action be, and hereby are, dismissed with prejudice, except that the Court shall retain jurisdiction to enforce this final judgment and permanent injunction.

Dated:  New York, New York
        January 8, 2008

_____
U.S.D.J.

Consent to Entry

The parties, through their undersigned counsel hereby consent to the entry of the foregoing final judgment and permanent injunction.

Dated: January 3, 2008

                DUNNEGAN LLC

                By _William Dunnegan_
                William Dunnegan (WD 9316)
                Megan L. Martin (MM 4396)
                Attorneys for Plaintiffs
                  Pearson Education, Inc.
                  John Wiley & Sons, Inc. and
                  The McGraw-Hill Companies, Inc.
                350 Fifth Avenue
                New York, New York 10118
                (212) 332-8300

                LAW OFFICES OF ROBERT J. FERB

                By _[signature]_
                Robert J. Ferb (RF 1385)
                Attorneys for Defendant
                  Sunil Arora
                448 Union Avenue
                Middlesex, New Jersey 08846
                (732) 469-3422

                _[signature]_
                Sunil Arora

Schedule A
"Pearson Copyrights"

Title  (Date of Registration) (Registration #)

1. Consumer Behavior, 8th (July 3, 2003)(TX 5-755-949)
2. Digital Design: Principles and Practices, 3rd (TX 5-916-922) (April 19, 2004)
3. Managing Human Resources, 4th (July 29, 2003) (TX 5-771-533)
4. Integrated Advertising, Promotion & Marketing Communications, 2nd (July 2, 2003) (TX 5-757-691)
5. Behavior in Organizations: Understanding and Managing the Human Side of Work, 8th (January 17, 2003) (TX 5-744-375)
6. Electronic Devices and Circuit Theory, 9th (July 12, 2005) (TX 6-298-000)

4

Schedule B
"Wiley Copyrights"

<u>Title</u>    (<u>Date of Registration)</u>    (<u>Registration #)</u>

1.  Automatic Control Systems, Eighth Edition (November 20, 2002) (TX-5-622-535)
2.  Bioinstrumentation (October 10, 2003) (TX-5-824-247)
3.  Chemical Applications of Group Theory, Third Edition (April 13, 1990) (TX-2-804-298)
4.  Control Systems Engineering, Fourth Edition (October 3, 2003) (TX-5-800-945)
5.  Corporate Finance: Theory and Practice, Second Edition (April 9, 2001) (TX-5-372-684)
6.  Data Structures and Algorithms in C++ (May 13, 2003) (TX-5-744-148)
7.  Digital Telephony, Third Edition (March 3, 2000) (TX-5-151-533)
8.  Embedded System Design: A Unified Hardware/Software Introduction (December 12, 2001) (TX-5-465-293)
9.  Finite Element Method For Engineers, Fourth Edition (November 16, 2001) (TX-5-461-355)
10. Fundamentals of Queueing Theory, Third Edition (January 13, 1998) (TX-4-732-675)
11. Introduction to the Theory of Numbers, Fifth Edition (April 3, 1991) (TX-3-036-511)
12. Organic Chemistry, Eighth Edition (August 26, 2003) (TX-5-788-101)
13. Physical Chemistry, Fourth Edition (August 30, 2004) (TX-6-034-249)
14. Power Electronics, Third Edition (December 30, 2002) (TX-5-629-839)
15. Process Dynamics and Control, Second Edition (December 12, 2003) (TX-5-834-334)
16. Radio-Frequency and Microwave Circuits: Analysis and Design, Second Edition (August 15, 2006) (TX-6-416-150)
17. Statistical Mechanics, Second Edition (October 13, 1987) (TX-2-184-828)
18. VLSI Fabrication Principles: Silicon and Gallium Arsenide, Second Edition (April 22, 1994) (TX-3-770-469)

Schedule C
"McGraw-Hill Copyrights"

<u>Title</u>   <u>Registration #</u>   <u>Date of Registration</u>

1. Computer Architecture and Organization, 3rd (April 30, 1998) (TX 4-757-515)
2. Systems Analysis and Design Methods (November 2, 2000) (TX 5-201-138)
3. Introduction to Information Systems, 12th (July 28, 2006) (TX 6-396-574)
4. Business Driven Technology, (May 5, 2005) (TX 6-209-520)
5. Organizational Behavior: Key Concepts, Skills & Best Practices, 2nd (November 24, 2006) (TX 6-463-091)
6. Design with Operational Amplifiers and Analog Integrated circuits, 3rd (September 17, 2001) (TX 5-389-698)

Schedule D
Pearson Trademarks

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "Pearson" | 2,599,724 | 009, 016, 035, 042 |
| 2. "Pearson" | 2,600,081 | 041 |
| 3. "Pearson" | 2,652,792 | 009, 016 |
| 4. "Pearson" | 2,679,355 | 016 |
| 5. "Pearson" | 2,691,830 | 041 |
| 6. "Pearson" | 2,694,359 | 009 |
| 7. "Prentice-Hall" | 1,332,044 | 016 |
| 8. "Prentice-Hall" | 1,332,639 | 042 |
| 9. "Prentice-Hall" | 1,375,654 | 009 |
| 10. "Addison Wesley" | 2,188,798 | 016 |
| 11. "Addison-Wesley" | 2,400,130 | 016 |

Schedule E
Wiley Trademarks

|    | U.S. Trademark | Registration Number | Class |
|----|----------------|---------------------|-------|
| 1. | "JW" Colophon  | 2,168,941           | 009, 042 |
| 2. | "Wiley"        | 1,003,988           | 009, 016, 036, 038 |
| 3. | "Wiley"        | 2,159,987           | 009, 042 |

Schedule F
McGraw-Hill Trademarks

| U.S. Trademark | Registration Number | Class |
| --- | --- | --- |
| 1. "McGraw-Hill" | 1,350,345 | 16 |
| 2. "McGraw-Hill" | 2,899,528 | 16, 41 |
| 3. "The McGraw-Hill Companies" | 3,103,212 | 9,16,35,36,37, 38,39,40,41,42 |
| 4. "Irwin" | 1,718,118 | 16 |

9